UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>KYLE MCEACHERN, an individual, and DOES 1 through X,<br><br>           Defendants. | Case No. 09-1557<br><br>ORDER RE: PLAINTIFF's BOND |

On April 24, 2009, the Court issued a preliminary injunction order, and required Zynga to post a bond in the amount of $5,000. Docket No. 20.  Zynga's bond will be deposited in the Court Registry during the pendency of this case.

IT IS SO ORDERED.

Dated: April 27, 2009

_____
UNITED STATES DISTRICT JUDGE