UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE MCEACHERN, an individual, and DOES 1 through X,<br><br>    Defendants. | Case No. 09-1557<br><br>ORDER SEALING <u>DOCUMENT</u> |

    The Court directs Judge Conti's Case Systems Administrator to file under seal Defendant's Opposition to Plaintiff's Order to Show Cause, Docket No. 17.

    IT IS SO ORDERED.

Dated: May 8, 2009

                                                                       UNITED STATES DISTRICT JUDGE