UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KYLE MCEACHERN, an individual, and DOES I through X,<br><br>    Defendants. | Case No. CV 09 1557<br><br>[PROPOSED] ORDER GRANTING ZYNGA INC.'S REQUEST FOR RELEASE OF PRELIMINARY INJUNCTION BOND |

On January 11, 2013, Zynga Game Network, Inc. (now Zynga Inc.) ("Zynga") filed a request for release of its Preliminary Injunction Bond (Receipt Number: 34611031431). Pursuant thereto, the Court finds that it is reasonable to release the Preliminary Injunction Bond.

**IT IS HEREBY ORDERED:**

Zynga's Preliminary Injunction Bond is released effective as of December 14, 2012. Funds will be returned to Zynga Inc., 699 8th Street, San Francisco, California 94103, attention: Renée Lawson.

Dated: January  15 , 2013

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ZYNGA INC.'S REQUEST FOR RELEASE OF PRELIMINARY INJUNCTION BOND